AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| NETGEAR, INC., *Plaintiff(s)* v. HUAWEI TECHNOLOGIES CO. LTD., *Defendant(s)* | Civil Action No. 2:24-cv-00824 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Huawei Technologies Co. Ltd.
Huawei Base, Bantian, Longgang District
Shenzhen 518129, People's Republic of China
Emil Zhang – zhangxiaowu@huawei.com
Steven Geiszler – steven.geiszler@futurewei

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alan P. Block
McKool Smith
300 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*