UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
*AMENDED*
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 24-00824-AB (AJRx) | Date: | April 26, 2024 |

| | |
|---|---|
| Title: | Netgear, Inc. v. Huawei Technologies Co. Ltd. |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | April Lassiter-Benson |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Blair M Jacobs | Kalpana Srinivasan |
| Theresa C Becerra | Michael Gervais |

**Proceedings:** PLAINTIFF NETGEAR INC.'S MOTION FOR ORDER FOR ALTERNATIVE SERVICE [39]

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby DENIES the motion.

As discussed in court and on the record, Defendant is ordered to file a responsive pleading on or before June 14, 2024.

CV-90 (12/02)     CIVIL MINUTES - GENERAL     00 : 30     Initials of Deputy Clerk CB